UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JENNIFER GUINDON

    V.                                         CIVIL NO. 3:02CV1799(AVC)

OLYMPIC SALES, INC.

## JUDGMENT

Notice having been given on March 12, 2004, to plaintiff of the proposed dismissal of this case pursuant to Rule 41 of the Rules of Civil Procedure for the United States District Court for the District of Connecticut, and no action having been taken and no satisfactory explanation having been submitted to the Court within twenty (20) days thereafter as requested; it is hereby

ORDERED that this case be and is hereby dismissed for want of prosecution.

Dated at Hartford, Connecticut this 12th day of April, 2004.

KEVIN F. ROWE, CLERK

BY   /s/ JW
     Jo-Ann Walker
     Deputy Clerk

EOD:_____